DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.P., E.B., and L.B., children.

S.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1261
_____

November 29, 2023

Appeal from the Circuit Court for Pasco County; Lauralee G. Westine,
Judge.

Ilene F. Tuckfield, Coral Gables, for Appellant.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit of Florida, and
Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and
Stephanie E. Novenario, Senior Appellate Attorney, Statewide Guardian
ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

We treat the appeal as a petition for writ of certiorari, *see* Fla. R.
App. P. 9.040(c), and deny the petition.

Denied.

KHOUZAM, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.